UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| BLUEWATER KEY RV OWNERSHIP PARK ) <br> PROPERTY OWNERS ASSOCIATION, INC., ) <br> a Florida Corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RITA CLARK, an individual, d/b/a ) <br> BLUEWATER RENTALS, ) <br> Defendant. ) <br> ) | CIVIL ACTION <br> NO: 15-cv-10060 JEM |

**PLAINTIFF'S NOTICE OF FILING LETTER OF EXPLANATION TO CLERK'S OFFICE FROM COUNSEL FOR PLAINTIFF LEE ROBERT ROHE, ESQUIRE**

Plaintiff, **BLUEWATER KEY**, by and through its undersigned counsel, hereby gives Notice of Filing a Letter of Explanation To Clerk's Office From Counsel for Plaintiff Lee Robert Rohe, Esquire.

/s/ Lee Robert Rohe
LEE ROBERT ROHE, ESQ., P.A.
Attorney for Plaintiff
25000 Overseas Hwy, Suite 2
Summerland Key, Fl 33042
E-Mail: LRRLAW@Bellsouth.net
(305) 745-2254/(305) 745-4075
Florida Bar Number: 271365

Autondria S. Minor, Esq. [Bar No. 432308]
Schmeiser Olsen & Watts, LLP
22 Century Hill Drive, Suite 302
Latham, New York 12110
Tel: (518) 220-1850
aminor@iplawusa.com

Arlen L. Olsen, Esq. [Bar No. 2636132]
Schmeiser Olsen & Watts, LLP
22 Century Hill Drive, Suite 302
Latham, New York 12110
Tel: (518) 220-1850
aolsen@iplawusa.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that true and correct copy of the foregoing was submitted to the Court through the ECF system on this 26 day of June 2015 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

_____
**LEE ROBERT ROHE, ESQ., P.A.**

# LEE R. ROHE
### ATTORNEY AT LAW

P.O. BOX 420259
25000 OVERSEAS HWY
SUMMERLAND KEY, FL 33042

TELEPHONE (305) 745-2254
FAX: (305) 745-4075
E-MAIL lrrlaw@bellsouth.net

June 26, 2015

Clerk of Court
United States District Court For
The Southern District of Florida
Key West Division
300 Simonton Street
Key West, Florida 33040

Re: Electronic Filing of Complaint and Amended Complaint with Exhibits
    Case No. 15-10060-CIV-Martinez

Dear Sir/Madam:

The purpose of this letter is to clarify the filing of the original and "amended" Complaints with exhibits in the above-styled case. During the initial electronic filing opening this case, my paralegal, Susan Rohe, discovered in the midst of filing that two of the numerous exhibits, Exhibit Nos. 15 and 16, were missing from the thumb drive that she was using to upload the original exhibits. Due to the fact that some of the exhibits were already uploaded, she went ahead and completed the filing to open this case.

On the next day, after receiving the missing exhibits from co-counsel, Susan attempted to refile only the two missing exhibits without success due to the software's logic. She then refiled the Complaint again with the two missing exhibit, Exhibits No. 15 and 16. In retrospect, it appears that she should have merely filed a Notice of Filing with the missing exhibits instead of refiling the entire Complaint. Due to the second filing of the Complaint, it appears on the docket as an <u>Amended</u> Complaint, when in actuality, the Complaint was never amended. There is no difference in language content between the original Complaint and the so-called "amended" Complaint filed one day later.

I am respectfully requesting that all of the exhibits filed with the original complaint be deemed incorporated into the presently designated "Amended Complaint." Please advise my office if further action is necessary.

Page Two – Letter to Clerk of Court United States District Court

Thank you for your consideration and assistance in this matter. I apologize for any confusion or inconvenience that this error may have caused.

Sincerely,

*[signature]*

Lee Robert Rohe, Esquire
Counsel for Plaintiff
Florida Bar No. 271365

cc: The Honorable United States District Judge Jose Martinez
    Steven Kozlowksi, Esquire, Attorney for Defendant
    Co-Counsel Autondria Minor, Esquire and Arlen Olsen, Esquire